# Order

Michigan Supreme Court
Lansing, Michigan

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140572-4(78)

ELIZABETH FARLEY, Personal Representative
of the Estate of FRANKLIN FARLEY,
   Plaintiff-Appellant/
   Cross-Appellee,

v

               SC: 140572-4
               COA: 283405, 283418, 284681
               Wayne CC: 02-237107-NH

NEVINE M. CARP, JOHN SCHAIRER, D.O.,
ADVANCED CARDIOVASCULAR HEALTH
SPECIALISTS, P.C., and MIRCEA R. CARP, M.D.,
   Defendants-Appellees,
and

GARDEN CITY HOSPITAL,
   Defendant-Appellee/
   Cross-Appellant.
_____/

   On order of the Court, the motion for reconsideration of this Court's March 30, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant reconsideration and, on reconsideration, would grant the application for leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011              _____
                      Clerk

d0718